# EXHIBIT N

LAW OFFICES OF

# ANDERSON & BYRD

*A Limited Liability Partnership*

JOHN L. RICHESON
JAMES G. FLAHERTY
R. SCOTT RYBURN
KEITH A. BROCK
THOMAS H. SACHSE

216 S. HICKORY, P. O. BOX 17
OTTAWA, KANSAS 66067
(785) 242-1234, *Telephone*
(785) 242-1279, *Facsimile*
www.andersonbyrd.com

ROBERT A. ANDERSON
(1920-1994)

RICHARD C. BYRD
(1920-2008)

April 21, 2021

Chris and Gina Harbison

Re:     Patriots Bank Loans

Mr. and Mrs. Harbison:

    I have been retained by the board of directors for Patriots Bank to resolve the situation that exists with respect to the outstanding loans you and your various entities have with Patriots Bank. Specifically, I have been retained to quickly assess whether you are able and willing to satisfactorily cure the existing defaults, and if not, to accelerate the various promissory notes and foreclose upon the collateral pledged as security for these debts.

    You received an email dated March 13, 2021 from Justin D. Hobbs, Vice President of Patriots Bank, concerning the issues that need to be addressed with respect to the above referenced loans. You failed to respond to said email.  A follow up email was then sent to you on March 19, 2021, and no response has been received by my client. This level of indifference and lack of communication is unacceptable and will not be tolerated. In light of the size of your relationship with Patriots Bank, these obligations should be your utmost priority and it is evident this is not the case.

    Included with this letter is an itemization of the existing events of defaults under your various loans together with an explanation of what is needed to cure such defaults and a deadline by which such actions must be completed. All future correspondence concerning these loans should be directed to me, and all requested documents should be sent to my attention. Please be aware the deadlines set forth herein will be strictly enforced.  I have been authorized by Patriots Bank to accelerate any loans that remain in default after the expiration of these deadlines.

    If you are willing and able (1) to cure the existing events of default, (2) to make all future payments on time, (3) to timely and consistently follow through with all commitments, and (4) to allocate the level of priority to your relationship with Patriots Bank these loans deserve, it may be possible for the banking relationship between you and my client to continue. However, if you are not

Chris and Gina Harbison
Page 2
April 21, 2021
- - - - - - - - - - - - - - - - -

prepared to do these things on a consistent basis going forward, I strongly recommend that you either promptly refinance these debts elsewhere or liquidate sufficient assets to satisfy these obligations.

    If you have any questions concerning this letter or its requirements, please do not hesitate to contact me. However, if there is an issue with any request contained herein, you should contact me to discuss the same immediately upon receipt of this letter, as any excuses or objections received shortly before the scheduled deadline will not be well received.

                                    Sincerely,

                                    Keith A. Brock
                                    [kbrock@andersonbyrd.com](mailto:kbrock@andersonbyrd.com)

KAB:rr
Enclosure

Chris and Gina Harbison
Page 3
April 21, 2021
- - - - - - - - - - - - - - - - -

The following loans and delinquent payments must be brought current immediately. All past due payments must be received within **ten (10) days** of the date of this letter:

| Existing Credit | | | | | | 4/20/2021 |
|---|---|---|---|---|---|---|
| Obligation | Principal Bal | Interest Bal | Payment Due | Next Due | Days Past Due | Notes |
| 24319 - CHAB | $66,436.49 | $295.77 | $1,393.30 | 3/27/2021 | 24 | Airplane Loan |
| 24762 - CHAB | $198,460.48 | $917.53 | $6,338.30 | 3/27/2021 | 24 | Airplane Loan |
| 25044 - CRAZ | $2,977,365.29 | $55,950.03 | $111,947.18 | 5/1/2021 | | Charcoal Plant RE and All Assets |
| 25079 - CRAZ | $25,029.16 | $382.23 | $25,411.39 | 4/30/2021 | | Cowboy Charcoal Project |
| 24690 - Chris Harbison | $18,332.19 | $98.13 | $204.93 | 3/25/2021 | 26 | 1996 Sea Ray 540 |
| 24184 - Premium Real Estate | $354,387.20 | $1,699.16 | $110.45 | 3/16/2021 | 35 | 6.9 Acres - Wilbus Drive, Sunrise Beach, MO |
| 24704 - Jonesburg Sawmill | $290,791.48 | $1,139.26 | $5,247.89 | 4/1/2021 | | Sawmill RE and All Assets |
| 24705 - Jonesburg Sawmill | $965,564.83 | $19,276.06 | $9,021.22 | 4/1/2021 | | Sawmill RE and All Assets |
| 24755 - Black River Motel | $258,751.85 | $221.53 | $438.42 | 3/27/2021 | 24 | Black River Motel |
| Totals | $5,155,148.97 | $79,979.70 | $160,143.08 | | | |

The following real estate taxes are past due and must be paid in full and a copy of the paid tax receipts provided to me within **twenty (20) days** of the date of this letter:

Total Amount of all delinquent taxes:  **$58,349.95**

<u>Jonesburg Sawmill & Pallet Co. (24705) Montgomery County, MO</u>        **Total Due:  $24,028.69**

Parcel #16-3.0-08-000-000-007.001         2020 March balance owed $11,141.21
                                          2019 March balance owed $12,887.48

Parcel #16-3.0-07-003-002-004.000         **Paid Current**


<u>Black River Motel (24755) Reynolds County, MO</u>         **Total Due:  $8,817.48**

Parcel #09-0.5-016-002-010-001.00000      2018 Balance owed $221.41
                                          2019 Balance owed $195.89
                                          2020 Balance owed $169.43
                                              Total Parcel $586.73

Parcel #09-0.5-016-002-010-001.01000      2018 Balance owed $2,581.98

Chris and Gina Harbison
Page 4
April 21, 2021
- - - - - - - - - - - - - - - - -

                                                                                                        2019 Balance Owed $2,271.32
                                                                                                                   2020 Balance Owed $3,377.45
                                                                                                                         Total Parcel $8,230.75

<u>CRAZ Investments LLC (25079)  Washington County, MO</u>		<u>**Total Due:  $25,503.78**</u>

Parcel #11-8.0-028-000-000-001.00000		2020 Balance owed $125.54

Parcel #11-8.0-033-000-000-003.00000		2020 Balance owed $3,476.76
						2019 Balance owed $4,053.61
						     Total Parcel $7,655.91

Parcel #11-9.0-029-000-000-002.00000		2020 Balance owed $298.67

Parcel #11-9.0-032-000-000-001.00000		2020 Balance owed $8,101.56
						2019 Balance owed $9,447.64
						     Total Parcel $17,549.20

The operating checking account for your charcoal business (Potosi Charcoal) <u>MUST</u> be moved to Patriots Bank within **<u>ten (10) days</u>** of the date of this letter. In addition, all transactions for said charcoal business must be conducted through said Patriots Bank accounts and said charcoal business shall have no accounts at other financial institutions. Finally, since said charcoal business is beyond the startup phase, the payment structure for said loan will be changed from semi-annual payments to monthly payments; this change shall occur *AFTER* you make the 5/1/2021 semi-annual payment in the amount of $111,947.18.

The premium real estate loan was originally made as a development loan. Since this property is no longer being used as a development project, said loan must be paid in full within **<u>forty-five (45) days</u>** of the date of this letter.

The following <u>Certified Public Accountant Prepared</u> Quarterly Financials and Debt service Coverage Ratio Calculations must be provided to me within **<u>ten (10) days</u>** of the date of this letter.

     Balance Sheets for all entities which you own or are otherwise affiliated with (not just the ones that have loans with Patriots Bank);

Chris and Gina Harbison
Page 5
April 21, 2021
- - - - - - - - - - - - - - - - -

> Profit and Loss Statements for all entities which you own or are otherwise affiliated with (not just the ones that have loans with Patriots Bank);
>
> Global Debt Service Coverage Ratio Calculation;
>
> Individual Debt Service Coverage Ratio Calculations for all entities which you own or are otherwise affiliated with (not just the ones that have loans with Patriots Bank);

As indicated above, all of said reports and calculations *must* be prepared by a Certified Public Accountant.

███████████████████████████████████████████████████████

Proof of insurance coverage for all collateral which secures any Patriots Bank loan must be provided to me within **ten (10) days** of the date of this letter.

███████████████████████████████████████████████████████

Proof of continuing validity and timely payment of all premiums under the $4,000,000 Life Insurance Policy insuring the life of Chris Harbison and naming Patriots Bank as the beneficiary under said life insurance policy must be provided to me within **ten (10) days** of the date of this letter.

███████████████████████████████████████████████████████

Finally, a Global Debt Service Coverage Ratio of 1.15 or greater must be maintained at all times and all loan agreements will be amended to add the failure to maintain a Global Debt Service Coverage Ratio of 1.15 or greater as an event of default under said promissory notes and security agreements.